UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
JAMES WHIPPLE,

    Plaintiff

    -versus-

C.E. UNTERBERG TOWBIN INC., a
Delaware corporation, and,

COLLINS STEWART INC., a
Delaware corporation,

    Defendants.
---------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

SCHEDULING ORDER

07 - 10709

07 Civ. ~~07109~~ (SAS)

Conference Date: 1/29/08

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on January 15, 2008 (the "Order); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

Conference: January 29, 2008.

For Plaintiff:    Stephen H. Kahn, Kahn Opton, LLP

For Defendants:    Christopher J. Collins, John E. Kiley, Kelley Drye & Warren LLP

(2)    a concise statement of the issues as they then appear:

An action to remedy unlawful disability and unlawful age discrimination in employment in violation of New York Human Right Law, N.Y. Exec. Law § 296, and New York City Administrative Code § 8-107 et seq. Jurisdiction based on diversity.

(3)     a schedule including:

    a.     the names of persons to be deposed and a schedule of planned depositions:

All fact witness depositions to be completed by ~~October 1~~, 2008. *[handwritten: June 30]* *[handwritten: APRIL MAY June]*

For Plaintiff: Andrew Arno, Jeffrey C. Moskowitz, Gregory Malik, Thomas Unterberg, and others to be identified.

For Defendant: James Whipple, others identified during discovery.

    b.     A schedule for the production of documents:

Document requests to be served by ~~April 1~~, 2008. *[handwritten: MAR 3]* Responses due ~~45~~ days *[handwritten: 30]* thereafter. *[handwritten in margin: automatic dis by 2/15]*

    c.     Dates by which (i) each expert's reports will be supplied to the adverse side: ~~December 1, 2008~~ *[handwritten: TIS: July 15   A: Aug 15]*

(ii) each expert's deposition will be completed: ~~February 1, 2009~~ *[handwritten: Sept 15, 2008]*

    d.     Time when discovery is to be completed: ~~February 1, 2009~~ *[handwritten: Sept 15, 2008]*

    e.     The date by which plaintiff will supply its pre-trial order matters to defendant: ~~April 15, 2009~~. *[handwritten: 10/3]*

    f.     The date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: ~~May 15, 2009~~. *[handwritten: Oct 17, 2009]*

    g.     A space for the date for a final pre-trial conference pursuant to Fed. T. Civ. P. 16(d), to be filled in by the Court at the conference.



_____ (leave blank)

(4)  a statement of any limitations to be placed on discovery, including any protective or confidentially orders: Defendants will propose to Plaintiff a Stipulation of Confidentiality covering confidential financial, business and personnel documents and information that may be produced by Defendants during discovery.

(5)  a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement: None at this time.

(6)  anticipated fields of expert testimony, if any: For Plaintiff – Medical testimony concerning his disability. Psychological and compensation experts concerning damages. For Defendants – rebuttal expert testimony.

(7)  anticipated length of trial and whether to court or jury: One week to jury.

(8)  a statement that Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9)  names, addresses, phone numbers and signatures of counsel;


KAHN OPTON, LLP            Please Use:  Kahn Opton, LLP
Attorney for Plaintiff                  One Parker Plaza
228 East 45th Street                    Fort Lee, NJ 07024
New York, New York 10017                (201) 947-9200
(212) 966-8686


BY: _____
Stephen H. Kahn (SHK 7780)


- INTENTIONALLY LEFT BLANK -

3

KELLEY DRYE & WARREN LLP
Attorneys for Defendant
101 Park Avenue
New York, NY 10178
(212) 808-7800

BY: _____
John E. Kiley (JK 1711)
Christopher J. Collins (CC 3407)


SO ORDERED:

_____
1/29/08