UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES WHIPPLE,

        Plaintiff,

-against-

C.E. UNTERBERG TOWBIN INC., a Delaware corporation, and,

COLLINS STEWART INC., a Delaware corporation,

        Defendants.

---

07 Civ. 10709 (SAS)

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants C.E. Unterberg Towbin Inc. and Collins Stewart Inc., through their respective counsel, subject to the approval of the Court, that Defendants' time to answer the Complaint shall be extended up to and including February 12, 2008.

Dated: Fort Lee, New Jersey
        February 4, 2008

KAHN OPTON, LLP

By: _____

Stephen H. Kahn (SK7780)
  One Parker Plaza
  Fort Lee, New Jersey 07024
  (201) 947-9200
  Attorneys for Plaintiff

Dated: New York, New York
        February 4, 2008

KELLEY DRYE & WARREN LLP

By: _____
Christopher J. Collins
101 Park Avenue
New York, NY 10178
(212) 808-7800
Attorneys for Defendants

So Ordered: _____

Shira A. Scheindlin, United States District Judge

2/6/08

NY01/TAMAC/1265165.1