John E. Kiley (JK-1711)
Christopher J. Collins (CC-3407)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES WHIPPLE,<br><br>   Plaintiff,<br><br>  -against-<br><br>C.E. UNTERBERG TOWBIN INC., a Delaware corporation, and,<br><br>COLLINS STEWART INC., a Delaware corporation,<br><br>   Defendants. | 07 Civ. 10709 (SAS)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record states that: (1) the parent corporation of Defendant C.E. Unterberg, Towbin, LLC ("CEUT, LLC"), incorrectly identified in the caption as "C.E. Unterberg Towbin Inc.," is Collins Stewart Inc.; and (2) the parent corporation of Defendant Collins Stewart Inc. ("Collins Stewart Inc."), is Collins Stewart plc.

Dated:  February 13, 2008
     New York, New York

            KELLEY DRYE & WARREN LLP
            Attorneys for Defendants

            By: _____
              John E. Kiley (JK 1711)
              Christopher J. Collins (CC 3407)
              Craig A. Tamamoto (CT 5388)
            101 Park Avenue
            New York, New York 10178
            (212) 808-7800

NY01/TAMAC/1266798.1