# KAHN OPTON, LLP
ATTORNEYS AT LAW
ONE PARKER PLAZA
FORT LEE, NEW JERSEY 07024


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/08

STEPHEN H. KAHN*
RICHARD A. KATZ+
RICHARD S. LAST*
STEPHEN R. FOREHT*
PETER LANDAU+

(201) 947-9200
TELECOPIER (201) 944-4562

NEW YORK OFFICE
228 EAST 45TH STREET
NEW YORK, NEW YORK 10017
(212) 966-8686

FRANK G. OPTON
(1906-1989)

*ADMITTED IN NEW JERSEY & NEW YORK
+ADMITTED IN NEW YORK ONLY

Writer's email: skahn@kahnopton.com

April 25, 2008

By Fax Only (212-805-7920, 1 Page)

Hon. Shira A. Scheindlin
U. S. District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: Whipple v. C.E. Unterberg Towbin Inc. et al.
    07 Civ. 07109 (SAS)

Dear Judge Scheindlin:

I am writing on behalf of Plaintiff to request that the Court extend the period during which either party may apply to have this dismissed case restored to the calendar from May 4 to June 4, 2008. Counsel for the defendants joins in this request. The court issued its Order of Dismissal on April 4, 2008 because the parties had settled this employment discrimination lawsuit.

The basis for this request is that as of this date only Plaintiff has signed the agreed-upon Settlement Agreement.

If the court does not extend the time to apply for restoration, then Plaintiff applies hereby for restoration on the grounds that defendants have failed to sign a settlement agreement.

Thank you for your attention.

Respectfully,

Stephen H. Kahn

cc: Christopher J. Collins, Esq., Counsel for defendants (By email)

*Plaintiff's request is granted. The Order of Dismissal, dated April 4, 2008, is extended to June 4, 2008.*

SO ORDERED:

Shira A. Scheindlin, USDJ

Date: April 28, 2008