APPENDIX A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JAMES WHIPPLE,
                    Plaintiff,

   - against -

C.E. UNTERBERG TOWBIN INC., a Delaware corporation, and

COLLINS STEWART, INC., a Delaware corporation.
                    Defendants.

---------------------------------------------------------------x

07 Civ. 10709 (SAS) JUDGE SCHEINDLIN

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

RECEIVED
CHAMBERS OF
MAY 19 2008

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff James Whipple and Defendants Collins Stewart LLC and Collins Stewart Inc., and **ORDERED** by the Court that the above-entitled action be, and the same hereby is, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party as against the other.

Dated: April __, 2008
       New York, New York

| KAHN OPTON, LLP | KELLEY DRYE & WARREN LLP |
|---|---|
| By: _____ | By: _____ |
| Stephen H. Kahn (SK-7780) | Christopher J. Collins (CC-3407) |
| 228 East 45th Street | 101 Park Avenue |
| New York, New York 10017 | New York, New York 10178 |
| Attorneys for Plaintiff | (212) 808-7800 |
| | Attorneys for Defendants |

**SO ORDERED:**

_____
HON. SHIRA A. SCHEINDLIN, U.S.D.J.

Dated: May 19, 2008

NY01/COLLCH/1278234.1

- 8 -